# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-1985
LT Case No. 16-2023-CF-5806-A
_____

QUINCY M. CROMER,

> Appellant,

> v.

STATE OF FLORIDA,

> Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

May 14, 2026

PER CURIAM.

AFFIRMED. *See State v. DiGuilio*, 491 So. 2d 1129 (Fla. 1986).

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————